## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TARONE M. JONES,                  :      No. 3:25-CV-0461
        Petitioner                :
                        :      (Judge Munley)
   v.                            :
                        :
BETH A. RICKARD,                  :
        Respondent                :

### ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

ORDERED THAT:

1. Petitioner Tarone M. Jones' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The court declines to transfer Jones' petition to the Eighth Circuit, as it is clear that he cannot meet the stringent jurisdictional requirements to file a second or successive Section 2255 motion and thus it is not "in the interest of justice" to transfer the instant petition.  See 28 U.S.C. § 1631.

3. The Clerk of Court is directed to CLOSE this case.

Date:  _8/27/25_

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court